**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| RICHARD A. STEVENS, | : | CASE NO. 08-31152 (ASD) |
| DEBTOR. | : | Re: Doc. I.D. Nos. 83 & 84 |

**STIPULATION AND CONSENT ORDER FURTHER**
**EXTENDING THE DEADLINE TO FILE A COMPLAINT**
**OBJECTING TO DISCHARGEABILITY OF DEBTS**

WHEREAS, on July 11, 2008, RBS Citizens Bank, N.A. ("Citizens") along with the Attorney General for the State of Connecticut (the "Attorney General") filed emergency motions seeking to extend the time within which to file complaints objecting to the discharge and/or dischargeability of debts incurred by the debtor, Richard A. Stevens (the "Debtor"); and

WHEREAS, on July 21, 2008, this Court allowed a Stipulation to enter between Citizens, the Attorney General, the Debtor, Michael J. Daly, the Chapter 7 Trustee appointed in this case (the "Chapter 7 Trustee"), and Carlton E. Helming, CPA and the firm of Helming & Company, P.C., the Court appointed Receiver in the matter known as the State of Connecticut v. The F&S Oil Company, Inc., *et al.* bearing docket no. HHD-X03-CV-08-4036150 S and pending in the Superior Court for the State of Connecticut, Complex Litigation Docket at Hartford (the "Receiver"), and thereafter entered an Order extending the time within which Citizens, the Attorney General, the Chapter 7 Trustee and the Receiver could file a complaint objecting to the discharge and/or dischargeability of debts incurred by the Debtor to August 24, 2008; and

WHEREAS, on September 15, 2008, this Court approved a supplemental Stipulation entered into by Citizens, the Attorney General, the Debtor, the Chapter 7 Trustee and the

Receiver and entered an Order further extending the time in which Citizens, the Attorney General, the Chapter 7 Trustee and the Receiver could file a complaint objecting to the discharge and/or dischargeability of debts incurred by the Debtor to October 7, 2008; and

WHEREAS, on October 8, 2008, this Court approved a further Stipulation entered into by Citizens, the Attorney General, the Debtor, the Chapter 7 Trustee and the Receiver and entered an Order further extending the time in which Citizens, the Attorney General, the Chapter 7 Trustee and the Receiver could file a complaint objecting to the discharge and/or dischargeability of debts incurred by the Debtor to November 7, 2008;

WHEREAS, Citizens, the Attorney General, the Chapter 7 Trustee and the Receiver have requested an additional extension of time within which to file a complaint objecting to the discharge and/or dischargeability of debts incurred by the Debtor through December 1, 2008; and

WHEREAS, the Debtor and the Chapter 7 Trustee have no objection to Citizens, the Attorney General and the Receiver's request for said extension in which the Chapter 7 Trustee joins.

NOW THEREFORE, in light of the foregoing and having found that the relief sought is proper, it is hereby

ORDERED that the deadline to object to discharge and/or dischargeability pursuant to sections 523 and 727 of the United States Bankruptcy Code in the above-captioned bankruptcy case is hereby extended as to Citizens, the Attorney General, the Chapter 7 Trustee and the Receiver to 4 p.m. on December 1, 2008.

STIPULATED AND AGREED TO as of this 30th day of October, 2008.

| | |
|---|---|
| RICHARD A. STEVENS, DEBTOR | RICHARD BLUMENTHAL, ATTORNEY GENERAL OF THE STATE OF CONNECTICUT |
| By:  /s/ Elizabeth A. Austin_____ | By:  /s/ Matthew F. Fitzsimmons_____ |
| PULLMAN & COMLEY, LLC<br>Elizabeth A. Austin, Esq.<br>Jessica Grossarth, Esq.<br>850 Main St.<br>P.O. Box 7006<br>Bridgeport, CT 06601<br>Tel: (203) 330-2243<br>Fax:  (203) 576-8888<br>His Counsel | OFFICE OF THE ATTORNEY GENERAL<br>Matthew F. Fitzsimmons, Esq.<br>Assistant Attorney General<br>Consumer Protection Department<br>110 Sherman St.<br>Hartford, CT 06105<br>Tel:  (860) 808-5400<br>Fax:  (860) 808-5593 |
| CARLTON E. HELMING, CPA and the firm of HELMING & COMPANY, P.C. | RBS CITIZENS, N.A. |
| By:  /s/ Douglas R. Van Valkenburg | By:  /s/ Anna M. Boelitz_____ |
| DAY PITNEY LLP<br>James J. Tancredi, Esq.<br>Joshua W. Cohen, Esq.<br>Douglas R. Van Valkenburg, Esq.<br>242 Trumbull St.<br>Hartford, Connecticut 06103<br>Tel:   (860) 275-0100<br>Fax:   (860) 275-0343<br>Its Counsel | BINGHAM McCUTCHEN LLP<br>Anna M. Boelitz, Esq.<br>Jonathan B. Alter, Esq.<br>One State St.<br>Hartford, CT 06103<br>Tel:  (860) 240-2700<br>Fax:  (860) 240-2800<br>Its Counsel |

CHAPTER 7 TRUSTEE

/s/ Michael J. Daly_____

Michael J. Daly, Esq.
Law Offices of Michael J. Daly
3 Forest Park Dr.
Farmington, CT 06032
Tel: (860) 676-1555
Fax:  (860) 676-1557

APPROVED AND SO ORDERED　　　　BY THE COURT,

Dated:  October ____, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Albert S. Dabrowski
　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge